```
REGNO..: 14104-509 NAME: KELLY, JAKE ROBERT

                  RESP OF: ASH
                  PHONE..: 606-928-6414    FAX: 606-929-4395
                                           RACE/SEX...: WHITE / MALE
                                           AGE:  ■
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 07-11-2028                    PAR HEAR DT:
```

G0002           MORE PAGES TO FOLLOW . . .

REGNO..: 14104-509 NAME: KELLY, JAKE ROBERT

```
                  RESP OF: ASH
                  PHONE..: 606-928-6414   FAX: 606-929-4395
```
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-11-2027

FINAL STATUTORY RELEASE FOR INMATE.: 07-11-2028 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365   DAYS
THE INMATE IS PROJECTED FOR RELEASE: 07-12-2027 VIA FSA REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NORTH CAROLINA, MIDDLE DISTRICT
DOCKET NUMBER...................: 1:20-CR-00394-1
JUDGE...........................: EAGLES
DATE SENTENCED/PROBATION IMPOSED: 06-21-2021
DATE COMMITTED..................: 09-22-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

```
                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $16,296.15

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  513     18:2422 COERCE OR ENTICE
OFF/CHG: 18:2422(B) INDUCEMENT OF A MINOR TO ENGAGE IN SEXUAL
         ACTIVITY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   132 MONTHS
 TERM OF SUPERVISION............:    15 YEARS
 DATE OF OFFENSE................: 04-14-2019

G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 14104-509 NAME: KELLY, JAKE ROBERT

```
              RESP OF: ASH
              PHONE..: 606-928-6414   FAX: 606-929-4395
```

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-09-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-09-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 06-21-2021
TOTAL TERM IN EFFECT............:    132 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     11 YEARS
EARLIEST DATE OF OFFENSE........: 04-14-2019

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    12-21-2018   02-06-2019
                                    04-15-2019   06-20-2021

TOTAL PRIOR CREDIT TIME.........: 846
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 594
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 07-11-2028
ELDERLY OFFENDER TWO THIRDS DATE: 06-27-2026
EXPIRATION FULL TERM DATE.......: 02-25-2030
TIME SERVED.....................:      6 YEARS     14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  54.9
PERCENT OF STATUTORY TERM SERVED:  64.4

PROJECTED SATISFACTION DATE.....: 07-12-2027
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED