# Violent Offense Codes for PATTERN Risk Assessment *

| Category | Federal Offenses such as (below) and/or any qualifying military or non-federal offenses |
|---|---|
| Aircraft and Motor Vehicle Offenses | 18 USC 31 – 34, 36, & 37 |
| Arson | 18 USC 81 |
| Assault | 18 USC 111 - 119 |
| Biological/Chemical Weapons | 18 USC 175, 229, & 2283 |
| Child Abuse | 18 USC 2258 |
| Child Sex Trafficking | 18 USC 1591 |
| Drugs, Death or Serious Bodily Injury | 21 USC 841 |
| Explosives | 18 USC 831, 832, & 842 - 844 |
| Firearms | 18 USC 922 - 924, 929; & 26 USC 5851 - 5872 |
| Genocide | 18 USC 1091 |
| Homicide | 18 USC 1111 - 1114, & 1116 - 1121 |
| Kidnapping | 18 USC 1201 - 1204 |
| Jury/Witness Tampering, Retaliation | 18 USC 1501 – 1510, & 1513 |
| Mutiny and Riot | 18 USC 1792 |
| National Defense | 18 USC 2385; 22 USC 2778; 42 USC 2077, 2122, 2131, 2274 - 2275, & 2284 |
| Protection of Certain Identities | 50 USC 3121 |
| Protection of Unborn Children | 18 USC 1841 |
| Racketeering | 18 USC 1925, 1951, 1958, & 1959 |
| Robbery/Theft Robbery | 18 USC 2113 - 2115, 2118, 2119, & 2213 |
| Searches & Seizures | 18 USC 2231 |
| Sex Offenses | 8 USC 1328; 18 USC 1591, 2241 - 2248, 2251 – 2252, 2421 - 2429, 4320; & 10 USC 920 |
| Solicitation to Commit Crime of Violence | 18 USC 373 |
| Slavery, Peonage | 18 USC 1581 - 1590, 1592, & 1597 |
| Terrorism | 18 USC 229, 1992, 2331 – 2339, & 8124P |
| Threats | 18 USC 871, 879, & 1751 |
| Violence | 18 USC 36, 37, 351, 521, 2261, 2262, 2280, 2281, 2291, 2340; & 49 USC 60123(b) |
| War Crimes | 18 USC 2441 |

*Due to changes in the law, including statutory revisions and judicial decisions, this list may be periodically revised and updated.  It is recommended that readers consult their attorney to obtain advice about any legal matter.*