**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 14104-509 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (18) |
|   Last.........: KELLY |   Violent Level......: R-LW (13) |
|   First........: JAKE | Security Level Inmate: LOW |
|   Middle.......: ROBERT | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: ASH |
| Gender.........: MALE | Start Incarceration..: 06/21/2021 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | ■ | 21 | 12 |
| Walsh w/Conviction | TRUE | 2 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 2 | 8 | 3 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | CompletedNRDAP | -2 | -1 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 30 | -12 | -4 |
| Work Programs | 3 | -2 | -2 |
| Total | | 18 | 13 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 30

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 09/16/2022 09:10 | |
| EDC | US I | 05/02/2022 14:46 | 05/02/2022 14:46 |
| EDC | GRAMMAR | 05/02/2022 15:11 | 05/02/2022 15:11 |
| EDC | CINEMA | 06/07/2022 07:53 | 06/07/2022 07:53 |
| EDC | AVIATION | 06/07/2022 11:28 | 06/07/2022 11:28 |
| EDC | TECHNOLOGY | 09/15/2022 11:38 | 09/15/2022 11:38 |
| EDC | APP MATH | 09/15/2022 11:54 | 09/15/2022 11:54 |
| EDC | PAYCHECK | 01/08/2023 09:33 | 01/08/2023 09:33 |
| EDC | CONSU FINC | 05/07/2023 13:25 | 05/07/2023 13:25 |
| EDC | THE WEST | 08/06/2023 18:26 | 08/06/2023 18:26 |

```
    EDC         CINEMA 2     08/06/2023 18:45    08/06/2023 18:45
    EDC         OCEAN        10/22/2023 12:52    10/22/2023 12:52
    EDC         REVOL WAR    10/22/2023 13:06    10/22/2023 13:06
    EDC         WWI          10/22/2023 13:34    10/22/2023 13:34
    EDC         NAT PARKS    10/22/2023 14:28    10/22/2023 14:28
    EDC         SALESKILLS   01/14/2024 13:19    01/14/2024 13:19
    EDC         REALESTATE   01/14/2024 13:34    01/14/2024 13:34
    EDC         ELECTION     01/14/2024 13:39    01/14/2024 13:39
    EDC         INVEST       04/07/2024 07:45    04/07/2024 07:45
    EDC         BUSWRSHP 1   04/07/2024 07:55    04/07/2024 07:55
    EDC         GERMANY      04/07/2024 08:01    04/07/2024 08:01
    EDC         ACCOUNTING   04/07/2024 08:05    04/07/2024 08:05
    EDC         CDL ACE      04/07/2024 08:30    04/07/2024 08:30
    EDC         PUB SPEAK    04/07/2024 13:16    04/07/2024 13:16
    EDC         COL MATH     07/07/2024 18:52    07/07/2024 18:52
    EDC         GEOGRAPHY    07/07/2024 19:20    07/07/2024 19:20
    EDC         MUSIC I      07/07/2024 19:33    07/07/2024 19:33
    EDC         ANCIENT      09/17/2024 07:29    09/17/2024 07:29
    EDC         GREECE       09/17/2024 07:41    09/17/2024 07:41
    EDC         BUSWRSHP 2   09/17/2024 07:54    09/17/2024 07:54
```
--------------------------------------------------------------------------------

Item: Work Programs, Value: 3

General Score: -2, Violent Score: -2

Risk Item Data

```
  Category - Assignment - Start             - Stop
    EDC         APHOUSKEEP   07/01/2022 11:33    07/01/2022 11:33
    EDC         EPA608       05/01/2023 15:04    05/01/2023 15:04
    EDC         OSHA10       03/18/2024 10:37    03/18/2024 10:37
```