# FSA Time Credit Assessment

Register Number:14104-509, Last Name:KELLY

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 14104-509 | Responsible Facility: ASH |
| Inmate Name | Assessment Date.....: 03-02-2025 |
|   Last............: KELLY | Period Start/Stop...: 09-22-2021 to 03-02-2025 |
|   First...........: JAKE | Accrued Pgm Days....: 1257 |
|   Middle..........: ROBERT | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 130 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 06-21-2021 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-22-2021 | 10-10-2023 | accrue | 748 |

  Accrued Pgm Days...: 748
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 240

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-10-2023 | 03-02-2025 | accrue | 509 |

  Accrued Pgm Days...: 509
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 255

--- FSA Assessment(s) ------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 09-22-2021 | 10-20-2021 | R-MED | 10-20-2021 13:38 | 10 |
| 002 | 10-20-2021 | 04-18-2022 | R-MED | 10-20-2021 13:38 | 10 |
| 003 | 04-18-2022 | 10-15-2022 | R-MED | 04-08-2022 08:12 | 10 |
| 004 | 10-15-2022 | 04-13-2023 | R-LW | 09-23-2022 13:01 | 10 |
| 005 | 04-13-2023 | 10-10-2023 | R-LW | 03-22-2023 11:07 | 10 |
| 006 | 10-10-2023 | 04-07-2024 | R-LW | 09-12-2023 11:04 | 15 |
| 007 | 04-07-2024 | 10-04-2024 | R-LW | 02-27-2024 10:41 | 15 |
| 008 | 10-04-2024 | 04-02-2025 | R-LW | 08-06-2024 12:21 | 15 |

**FSA Time Credit Assessment**

Register Number:14104-509, Last Name:KELLY

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ----------------
  All conditional days and conditional dates below are the individual's best case scenario
  given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
  03-02-2025. These dates can change if there are changes to one or more of the following: the
  individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

  SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
  OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
  REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
  ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
  FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
  CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
  (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
  WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
  (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
  Projected Release Date: 07-11-2028
  Projected Release Method: GCT REL
  FSA Projected Release Date: 07-12-2027
  FSA Projected Release Method: FSA REL
  FSA Conditional Release Date: 07-12-2027
  SCA Conditional Placement Days: 187
  SCA Conditional Placement Date: 01-06-2027
  FSA Conditional Placement Days: 370
  FSA Conditional Placement Date: 07-07-2026
  Conditional Transition To Community Date: 01-01-2026

---