```
         FUNCTION: L-P SCOPE: REG   EQ 14104-509   OUTPUT FORMAT: FULL
       -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____    DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _  REMEDY LEVEL: _ _             RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____     ____     ____     ____     ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____     ____     ____     ____     ____     ____
RCV FACL.: EQ ____     ____     ____     ____     ____     ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____     ____     ____     ____     ____     ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                  QTR.: H04-221L   RCV OFC: ASH
REMEDY ID: 1193031-F1    SUB1: 19ZM SUB2:        DATE RCV:   03-14-2024
UNT  RCV..:6 GP         QTR RCV.: H04-217L      FACL RCV: ASH
UNT  ORG..:6 GP         QTR ORG.: H04-217L      FACL ORG: ASH
EVT FACL.: ASH    ACC LEV: ASH  1                    RESP DUE: WED  04-03-2024
ABSTRACT.: REQUEST 90DAYS FSA CREDITS DUE TO CHANGE IN RISK LVL
STATUS DT: 03-19-2024  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-14-2024
REMARKS..: MEMO SUBMITTED TO WITHDRAWAL ON 3/19/2024 AND TO
           RESOLVE INFORMALLY.


REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                  QTR.: H04-221L   RCV OFC: ASH
REMEDY ID: 1196485-F1    SUB1: 13LM SUB2:        DATE RCV:   04-16-2024
UNT  RCV..:6 GP         QTR RCV.: H04-217L      FACL RCV: ASH
UNT  ORG..:6 GP         QTR ORG.: H04-217L      FACL ORG: ASH
EVT FACL.: ASH    ACC LEV:                           RESP DUE:
ABSTRACT.: REQUEST FOR COMPASSIONATE RELEASE.
STATUS DT: 04-16-2024  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 04-16-2024
REMARKS..: PLEASE PROVIDE ADDITIONAL INFORMATION TO THE RIS
           COORDINATOR AS REQUESTED PRIOR TO SUBMITTING A BP-9
```

REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                QTR.: H04-221L   RCV OFC: ASH
REMEDY ID: 1198796-F1    SUB1: 13LM SUB2:       DATE RCV:   05-07-2024
UNT   RCV..:6 GP         QTR RCV.: H04-217L     FACL RCV: ASH
UNT   ORG..:6 GP         QTR ORG.: H04-217L     FACL ORG: ASH
EVT FACL.: ASH    ACC LEV:  ASH  1               RESP DUE:  MON  05-27-2024
ABSTRACT.: REQUEST FOR COMPASSIONATE RELEASE
STATUS DT: 05-09-2024   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-07-2024
REMARKS..:


REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                QTR.: H04-221L   RCV OFC: ASH
REMEDY ID: 1200934-F1    SUB1: 38BM SUB2:       DATE RCV:   05-28-2024
UNT   RCV..:6 GP         QTR RCV.: H04-217L     FACL RCV: ASH
UNT   ORG..:6 GP         QTR ORG.: H04-217L     FACL ORG: ASH
EVT FACL.: ASH    ACC LEV:  ASH  1 MXR  1 BOP  1 RESP DUE:  MON  06-17-2024
ABSTRACT.: PATTERN SCORE CALCULATIONS INCORRECT.
STATUS DT: 05-31-2024   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-28-2024
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                QTR.: H04-221L   RCV OFC: MXR
REMEDY ID: 1200934-R1    SUB1: 38BM SUB2:       DATE RCV:   06-14-2024
UNT  RCV..:6 GP         QTR RCV.: H04-221L     FACL RCV: ASH
UNT  ORG..:6 GP         QTR ORG.: H04-217L     FACL ORG: ASH
EVT FACL.: ASH   ACC LEV:  ASH  1 MXR  1 BOP  1  RESP DUE: TUE  08-13-2024
ABSTRACT.: PATTERN SCORE CALCULATIONS INCORRECT.
STATUS DT: 07-15-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-14-2024
REMARKS..:


REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                QTR.: H04-221L   RCV OFC: ASH
REMEDY ID: 1207620-F1    SUB1: 11DM SUB2:       DATE RCV:   08-01-2024
UNT  RCV..:6 GP         QTR RCV.: H04-221L     FACL RCV: ASH
UNT  ORG..:6 GP         QTR ORG.: H04-221L     FACL ORG: ASH
EVT FACL.: ASH   ACC LEV:  ASH  1 MXR  1 BOP  1  RESP DUE: WED  08-21-2024
ABSTRACT.: BEING PLACED IN VT HVAC
STATUS DT: 08-07-2024  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-01-2024
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP               QTR.: H04-221L   RCV OFC: BOP
REMEDY ID: 1200934-A1    SUB1: 38BM SUB2:       DATE RCV:   08-05-2024
UNT  RCV..:6 GP          QTR RCV.: H04-221L     FACL RCV: ASH
UNT  ORG..:6 GP          QTR ORG.: H04-217L     FACL ORG: ASH
EVT FACL.: ASH    ACC LEV:  ASH  1 MXR  1 BOP  1   RESP DUE: FRI  10-04-2024
ABSTRACT.: PATTERN SCORE CALCULATIONS INCORRECT.
STATUS DT: 10-18-2024   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-13-2024
REMARKS..:


REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP               QTR.: H04-221L   RCV OFC: MXR
REMEDY ID: 1207620-R1    SUB1: 11DM SUB2:       DATE RCV:   08-28-2024
UNT  RCV..:6 GP          QTR RCV.: H04-221L     FACL RCV: ASH
UNT  ORG..:6 GP          QTR ORG.: H04-221L     FACL ORG: ASH
EVT FACL.: ASH    ACC LEV:  ASH  1 MXR  1 BOP  1   RESP DUE: SUN  10-27-2024
ABSTRACT.: BEING PLACED IN VT HVAC
STATUS DT: 10-11-2024   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-28-2024
REMARKS..:
```

```
G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO: 14104-509 NAME: KELLY, JAKE
RSP OF...: ASH UNT/LOC/DST: 6 GP                QTR.: H04-221L   RCV OFC: BOP
REMEDY ID: 1207620-A1    SUB1: 11DM SUB2:       DATE RCV:   10-25-2024
UNT  RCV..:6 GP         QTR RCV.: H04-221L     FACL RCV: ASH
UNT  ORG..:6 GP         QTR ORG.: H04-221L     FACL ORG: ASH
EVT FACL.: ASH    ACC LEV:  ASH  1 MXR  1 BOP  1   RESP DUE:  TUE  12-24-2024
ABSTRACT.: BEING PLACED IN VT HVAC
STATUS DT: 10-31-2024   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-31-2024
REMARKS..:
```




                 9 REMEDY SUBMISSION(S) SELECTED
 G0000        TRANSACTION SUCCESSFULLY COMPLETED